IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE KIECZKAJLO, | : | |
| Plaintiff | : | |
| v. | : | Docket #3:04-CV-2820 |
| CIGNA CORPORATION, | : | <u>Jury Trial Demanded</u> |
| Defendant | : | (Filed Electronically) |

**<u>VOLUNTARY DISMISSAL
UNDER RULE 41(a)(1)(i)</u>**

Plaintiff hereby files this Notice of Dismissal of the above action, without prejudice, so that this matter maybe arbitrated pursuant to the agreement of the parties.

RESPECTFULLY SUBMITTED:

Borland & Borland, L.L.P.

By: <u>/s/ Kimberly D. Borland</u>
KIMBERLY D. BORLAND, ESQUIRE
69 Public Square
11th Floor
Wilkes-Barre, PA  18701
(570) 822-3311
(570) 822-9894 (fax)
Attorney ID.#23673
Attorney for Plaintiff